**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Augustine F Romero,<br><br>    Plaintiff,<br><br>v.<br><br>Tucson Unified School District,<br><br>    Defendant. | No. CV-20-00507-TUC-SHR (DTF)<br><br>**Order Adopting Report & Recommendation** |

On April 30, 2021, Magistrate Judge D. Thomas Ferraro issued a Report and Recommendation ("R&R") in which he recommended the Court grant Defendant Tucson Unified School District's Partial Motion to Dismiss ("Motion") (Doc. 13). (Doc. 18.) TUSD seeks to dismiss the following counts from Plaintiff Augustine Romero's Complaint (Doc. 1): Count Two for unlawful retaliation in violation of Title VII, 42 U.S.C. § 2000e, *et seq*.; Count Three for "Employment Discrimination: Race Color, National Origin" in which Plaintiff alleges Defendant unlawfully retaliated against him in violation of 42 U.S.C. § 1981; and Count Four for "Employment Discrimination: Retaliation" in which Plaintiff again alleges Defendant unlawfully retaliated against him in violation of § 1981.

The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the

District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, sua sponte or at the request of a party, under a de novo or any other standard." *Id.* at 154.

The Court has reviewed the Complaint (Doc. 1), Defendant's Partial Motion to Dismiss (Doc. 13), Plaintiff's Response (Doc. 16), Defendant's Reply (Doc. 17), and Judge Ferraro's R&R (Doc. 18). The Court finds the R&R well-reasoned and agrees with Judge Ferraro's conclusions.

**IT IS ORDERED** the R&R (Doc. 18) is **ADOPTED** and Defendant's Partial Motion to Dismiss (Doc. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** Counts Two, Three, and Four of Plaintiff's Complaint (Doc. 1) are **DISMISSED with leave to amend.**

**IT IS FURTHER ORDERED** if Plaintiff wishes to amend his Complaint, his first amended complaint shall be filed **on or before [thirty days from the date of this Order]** and must comply with LRCiv 15.1.

Dated this 9th day of June, 2021.

Honorable Scott H. Rash
United States District Judge